# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 14-cr-00335-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    CHRISTIAN DE ORR,

    Defendant.

___

## ORDER SETTING TRIAL DATES AND DEADLINES
___

This matter has been scheduled for a **three-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **March 16, 2015 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **January 23, 2015** and responses to these motions shall be filed by **January 30, 2015**.  It is further

ORDERED that a Trial Preparation Conference is set for **March 11, 2015 at 4:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

4)	anticipated evidentiary issues;

5)	any stipulations as to fact or law; and

6)	any other issue affecting the duration or course of the trial.

DATED this 13th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge